UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
| | | |
|---|---|---|
| LONG-TERM CAPITAL PORTFOLIO (GP) LP | : | Civil Number |
| | : | 3:01-CV-01291 (JBA) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | JUNE 23, 2004 |

------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Plaintiff, Long-Term Capital Portfolio (GP) LP. Said Plaintiff will remain represented by the following attorneys at Whitman Breed Abbott & Morgan LLC: Charles W. Pieterse and Michael F. Cavolo.

THE PLAINTIFF

BY _____
    Maciej A. Piatkowski (ct21555)
    Whitman Breed Abbott & Morgan LLC
    100 Field Point Rd.
    Greenwich, CT 06830
    Tel. 203-869-3800
    Fax 203-869-1951
    mpiatkowski@wbamct.com

53712

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044

John B. Hughes
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

_____
Maciej A. Piatkowski

53712                                          2