**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**LONG-TERM CAPITAL, ET AL**          :

**v.**                                 :   NO. 3:01cv1291 (JBA)

**UNITED STATES OF AMERICA**           :

### ENDORSEMENT ORDER [DOC. #11]

Motion to Withdraw Appearance [doc. #11] is GRANTED.  The Court notes the appearance on the record of Attorneys Pieterse and Cavolo.

IT IS SO ORDERED.

_____
                                        Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: June 28, 2004**